B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re D3C, LLC , Case No. _____

Debtor

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CoStar Realty Information, Inc<br>P.O. Box 791123<br>Baltimore, MD 21279-1123 | | | | $3,712.00 |
| Kamlesh Shah Design, Inc<br>5 Cedar Brook Drive<br>Cranbury, NJ 08512 | | | | $14,105.00 |
| Wachovia Bank NA<br>4312-4752-0952-2084<br>P.O. Box 105204<br>Atlanta GA 30348-5204 | | | | $5,356.02 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Allen Bj Paik, Manager of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 7/14/10        Signature: _____

**Allen Bj Paik, Manager**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.